

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2022

No. 04-22-00249-CV

**IN THE INTEREST OF S.J.S. AND J.P.**, Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00577
Honorable Kimberly Burley, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellants mother and father's parental rights. Appellants' briefs were originally due to be filed on June 13, 2022. On June 13, 2022, father filed a motion requesting an extension of time to file his brief. On June 14, 2022, mother filed a motion requesting an extension of time to file her brief.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

The motions are GRANTED, and appellants' briefs must be filed **no later than July 5, 2022**. *Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court